UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAURICE VAN THROWER,

       Petitioner,

  v.

RONALD HAYNES,

       Respondent.

Case No. C18-1785-RAJ-MAT

ORDER GRANTING PETITIONER'S MOTIONS TO EXTEND TIME AND TO FILE AN OVER-LENGTH BRIEF

  This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motions to extend the deadline for filing a response to respondent's answer to petitioner's federal habeas petition, and on petitioner's motion to file an over-length brief. Respondent has not opposed petitioner's motion to extend time. The Court has not called for a response to petitioner's motion to file an over-length brief as it does not deem a response necessary. *See* LCR 7(f)(3). The Court, having reviewed petitioner's motions, and the balance of the record, hereby ORDERS as follows:

  (1) Petitioner's unopposed motion to extend time (Dkt. 19) is GRANTED. Petitioner shall file any response to respondent's answer to his federal habeas petition not later than

ORDER GRANTING PETITIONER'S
MOTIONS TO EXTEND TIME AND TO
FILE AN OVER-LENGTH BRIEF - 1

*September 30, 2019*.

(2) Respondent's answer to petitioner's federal habeas petition (Dkt. 18) is RE-NOTED on the Court's calendar for consideration on *October 4, 2019*. Respondent shall file any reply brief in support of his answer by that date.

(3) Petitioner's motion to file an over-length brief (Dkt. 21) is GRANTED. Petitioner's response to respondent's answer shall not exceed *sixty-nine (69) pages*, including any exhibits petitioner may wish to submit.

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this 3rd day of September, 2019.

Mary Alice Theiler
United States Magistrate Judge