UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAURICE VAN THROWER,

        Petitioner,

v.

RONALD HAYNES,

        Respondent.

Case No. C18-1785-RAJ-MAT

ORDER DIRECTING RESPONDENT TO SUPPLEMENT RECORD AND DENYING PETITIONER'S MOTION TO SUPPLEMENT EXHIBITS

This is a federal habeas action brought under 28 U.S.C. § 2254. Petitioner's federal habeas petition is currently ripe for consideration. However, a review of the record reveals that the transcripts of petitioner's trial are not a part of the state court record previously submitted by respondent. (*See* Dkt. 14.) The Court requires these transcripts before it can proceed to resolution of petitioner's federal habeas claims. Accordingly, the Court hereby ORDERS as follows:

(1) Respondent shall submit, not later than ***December 6, 2019***, the verbatim report of proceedings from petitioner's state trial. Respondent's answer to petitioner's federal habeas petition (Dkt. 18) is RE-NOTED on the Court's calendar for consideration on that date. Respondent is reminded that in addition to submitting the transcripts in electronic form, he must also send a hard copy of the transcripts to the chambers of the undersigned Magistrate Judge.

(2)  Petitioner's motion to supplement exhibits (Dkt. 25) is DENIED without prejudice. As respondent notes in his response to petitioner's motion (Dkt. 26), some of the documents submitted by petitioner contain unredacted names of the victim and another minor. The Court therefore will not accept the exhibits as submitted by petitioner in conjunction with his motion. However, the Court will give petitioner an opportunity to properly redact those documents and resubmit them. If petitioner wishes to resubmit the documents he should do so not later than ***December 6, 2019***.

(3)  The Clerk is directed to SEAL all exhibits attached to petitioner's motion to supplement (Dkt. 25, pp. 3-106).

(4)  The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this <u>1st</u> day of November, 2019.

Mary Alice Theiler
United States Magistrate Judge